UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK HYZY, HOLLY SATTERLEE, WILBUR THOMAS, KENNETH BUSBY and MARGARET MCRAE, each Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DISCOVER FINANCIAL SERVICES (INC.) and DFS SERVICES LLC<br><br>Defendants. | Case No. 10-cv-956-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Notice of Dismissal (Doc. 6) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) filed by the plaintiffs. Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order at any time before the opposing party serves an answer or a motion for summary judgment. No defendant has served an answer or motion for summary judgment in this case. Because the plaintiffs have an absolute right to dismiss this case at the present time, the Court finds that this action is **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to close this case.

IT IS SO ORDERED.
DATED:  December 1, 2010

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**